United States District Court

Northern District of California

| | |
|---|---|
| JIMMIE L. DOSS, JR., | Case No.: C 13-1905 CW (PR) |
| Plaintiff, | |
| v. | JUDGMENT |
| AMOS JOE JONES, SR., UNIDENTIFIED ATTORNEY, | |
| Defendants. | |

In accordance with the Court's Order of Dismissal, a judgment of dismissal with prejudice is entered.  Plaintiff shall bear his own costs.

The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: 5/31/2013

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE