United States District Court

Northern District of California

| | |
|---|---|
| JIMMIE L. DOSS, JR.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMOS JOE JONES, SR.,<br>UNIDENTIFIED ATTORNEY,<br><br>　　　　Defendants. | Case No.: C 13-1905 CW (PR)<br><br>JUDGMENT |

In accordance with the Court's Order of Dismissal, a judgment of dismissal with prejudice is entered.  Plaintiff shall bear his own costs.

The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: 5/31/2013

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE